JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADEX ODIETE, ) | Case No. CV 24-6675 FMO (SKx) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| UR MENDOZA JADDOU, <u>et al.</u>, ) | |
| Defendants. ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 8th day of November, 2024.


                                                        /s/
                                        _____
                                        Fernando M. Olguin
                                        United States District Judge